# EXHIBIT "A"

## DECLARATION OF EATON A. LANG IV

I, Eaton A. Lang IV, declare as follows:

1. I am a resident of the Commonwealth of Pennsylvania and am over 18 years old.

2. I am the plaintiff in the action captioned <u>Eaton A. Lang IV v. Adecco USA, Inc.</u>, No. 3:20-CV-00044-ARC.

3. In mid-November 2019, I submitted an application for employment with Defendant Adecco USA, Inc. ("Defendant"), to work as a forklift operator at Defendant's client, Adidas.

4. On or around November 19, 2019, I interviewed with Defendant's representative, Jillian Martell.

5. Ms. Martell advised me that the Adidas position for which I had applied was a "seasonal" position.

6. On or around January 7, 2020, I became employed in a full-time capacity at Shamokin Carbons.

7. My rate of pay at Shamokin Carbons is $14.00 per hour.

Pursuant to 28 U.S.C. § 1476, I declare under penalty of perjury that the foregoing is true and correct.

Executed by me this 23rd day of January 2020.

*Eaton A. Lang IV* (signature)
Eaton A. Lang IV