IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EATON A. LANG IV, individually and on behalf of all similarly situated persons,** : : : : | |
| **Plaintiffs,** : : | Case No. 3:20-cv-00044-ARC |
| vs. : : | *Civil Action* |
| **ADECCO USA, INC.,** : : | *Honorable A. Richard Caputo* |
| **Defendant.** : : | *Electronically Filed* |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of Plaintiff Eaton A. Lang IV's Motion to Remand Action to the Lackawanna County Court of Common Pleas and the response thereto, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

**BY THE COURT:**

_____
**A. Richard Caputo, J.**

41682627.1
