IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EATON A. LANG, IV,** | : | CIVIL ACTION NO. 3:20-CV-44 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ADECCO USA, INC.,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 24th day of July, 2020, upon consideration of the motion (Doc. 6) to remand action to the Lackawanna County Court of Common Pleas by plaintiff Eaton A. Lang, IV, and the motion (Doc. 5) to dismiss by defendant Adecco USA, Inc., and the parties' respective briefs in support of and opposition to said motions, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 6) to remand is GRANTED, except to the extent that plaintiff requests an award of fees associated with his motion.

2. The above-captioned case is REMANDED to the Lackawanna County Court of Common Pleas.

3. The motion (Doc. 5) to dismiss is DISMISSED as MOOT.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania